UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-5455**

Case Title: **United States**          vs. **Matthew Isaac Knoot**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☑ Appellee           ☐ Respondent         ☐ Intervenor                     (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Garrett Coyle**          Signature: s/ **Garrett Coyle**

Firm Name: **U.S. Department of Justice**

Business Address: **950 Pennsylvania Ave. NW**

City/State/Zip: **Washington, DC 20005**

Telephone Number (Area Code): **(202) 598-2929**

Email Address: **garrett.coyle@usdoj.gov**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17