# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-5455** |
| | ) | |
| **MATTHEW KNOOT** | ) | |

---

## DEFENSE COUNSEL'S NOTICE OF SERVICE

---

Pursuant to 6 Cir. R. 12(c)(4)(D), undersigned counsel hereby certifies that he has mailed Mr. Knoot a letter informing him of his intent to withdraw along with a copy of this motion, and that he has notified Mr. Knoot that he has 14 days from service of this motion to file a response. Ltr. to Mr. Knoot re: Motion to Withdraw (Ex. 1); Ltr. to Mr. Knoot regarding the Notice of Appeal (Ex. 2). Counsel has also orally communicated with Mr. Knoot and discussed with him his intent to withdraw.

Respectfully submitted,


s/ *David Fletcher*
DAVID  FLETCHER
Assistant Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Knoot

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that June 3, 2026, I submitted to the U.S. Court of Appeals for the Sixth Circuit, *via electronic filing*, the foregoing Defense Counsel's Notice of Service. This motion has also been sent, *via electronic mail,* to Mr. Joshua A. Kurtzman, Assistant U.S. Attorney, 719 Church St., Suite 3300, Nashville, Tennessee 37203; Gregory Nicosia, Jr., U.S. Department of Justice, 950 Pennsylvania Avenue N.W., Washington DC 20530.

s/ *David K. Fletcher*
DAVID K. FLETCHER