OFFICE OF THE

# FEDERAL PUBLIC DEFENDER
## MIDDLE DISTRICT OF TENNESSEE

**DUMAKA SHABAZZ**
**FEDERAL PUBLIC DEFENDER**

164 ROSA L. PARKS BLVD
NASHVILLE, TENNESSEE 37203-3746
MAIN TELEPHONE: 615-736-5047
COLLECT CALL LINE FOR INCARCERATED PERSONS: 615-780-6218
FAX: 615-736-5265

Reply to:
David K. Fletcher
Assistant Federal Public Defender
Direct Dial: 615-695-6951

May 21, 2026

Matthew Knoot
1818 Church St., Apt 416
Nashville, TN 37203

> **Re:**   ***United States of America v. Matthew Knoot***
> **No. 3:24-cr-00151**

Dear Mr. Knoot:

I have enclosed a copy of the Judgment (DE 141) entered in the Court's records after your recent sentencing in federal court. I have also enclosed a copy of the United States Court of Appeals' docketing notice (DE 1) outlining filing deadlines and providing you with additional information on your appellate matter. I've included also a copy of the Motion to Withdraw (DE 2) my office has filed in the United States Court of Appeals.

I wish you the best of luck; take good care.

Sincerely,

s/ *David K. Fletcher*
DAVID K. FLETCHER
Assistant Federal Public Defender

DKF/elr
Enclosures

*"...AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE." CONSTITUTION OF THE UNITED STATES, AMENDMENT VI*