OFFICE OF THE

# FEDERAL PUBLIC DEFENDER
## MIDDLE DISTRICT OF
## TENNESSEE

**DUMAKA SHABAZZ**
**FEDERAL PUBLIC DEFENDER**

164 ROSA L. PARKS BLVD.
NASHVILLE, TENNESSEE 37203-3805
TELEPHONE: 615-736-5047
COLLECT CALL LINE FOR INCARCERATED
PERSONS:  615-780-6218
FAX: 615-736-5265

Reply to:
David K. Fletcher
Assistant Federal Public Defender
David_fletcher@fd.org

June 3, 2026

Ms. Matthew Knoot
1818 Church St.
Nashville, TN 37203

Re:    *United States of America v. Matthew Knoot*
       **No. 3:24-cr-00151**

Dear Mr. Knoot:

As previously discussed, I am moving to withdraw as counsel for your appeal to the Sixth Circuit Court of Appeals.  I want you to be effectively represented by someone who can give you good and honest legal advice regarding your claims of ineffective assistance of counsel.  Obviously, I cannot advise you about whether I was an ineffective attorney.

You should already have a copy of the motion to withdraw. As you have been found indigent and unable to afford an attorney, I have requested that an attorney be appointed to represent you. However, if your family wishes to hire an attorney on your behalf, they may do so.

I understand from our prior conversation, you would like a new attorney— however, if you want to file a response to this Motion to Withdraw, you should do so within 14 days of today.

I sincerely wish you the best,

Sincerely,

*s/ David Fletcher*
David Fletcher
Assistant Federal Public Defender

DKF/elr

"...AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE."  CONSTITUTION OF THE UNITED STATES, AMENDMENT VI