Case No. 26-5455

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MATTHEW ISAAC KNOOT

    Defendant - Appellant

    Upon consideration of the motion of David Fletcher to withdraw as counsel for the appellant,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  June 03, 2026