**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/03/2026.

**Case Name:**   USA v. Matthew Knoot
**Case Number:**   26-5455

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7536131-2] filed by Mr. David Fletcher.
New CJA counsel will be appointed for appellant under the Criminal Justice Act .

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Matthew Isaac Knoot
1818 Church Street
Nashville, TN 37203

**A copy of this notice will be issued to:**

Mr. Garrett Coyle
Mr. David Fletcher
Ms. Lynda M. Hill
Mr. Gregory Jon Nicosia Jr.