UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-5455**

Case Title: **United States** vs. **Matthew Knoot**

List all clients you represent in this appeal:

**Matthew Knoot**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Manuel B. Russ**          Signature: s/ **Manuel B. Russ**

Firm Name: **Manuel B. Russ, PLLC**

Business Address: **340 21st Avenue North**

City/State/Zip: **Nashville, TN  37203**

Telephone Number (Area Code): **615-329-1919**

Email Address: **russben@gmail.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17