# RECEIVED

**JUN 2 2 2026**

6/16/2026

## KELLY L. STEPHENS, Clerk

To whom this may concern:

My name is Matthew Knoot and I am the subject of case number 26-5455 and I have recently moved. Please update my address to the following:

220 25th Ave N

Apt 702

Nashville, TN 37203

Thank you,

Matthew Knoot
220 25th Ave N
Apt 702
Nashville TN 37203

NASHVILLE TN 370

17 JUN 2026 PM 3 L

**RECEIVED**

JUN 2 2 2026

KELLY L. STEPHENS, Clerk

Potter Stewart Courthouse
100 E 5th St
Cincinnati, OH 45202

4520283911

U.S. MARSHAL SERVICE

X-RAY

26-5455
JMK